UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON MULLINS,

    Petitioner,

vs.

BOARD OF PAROLE HEARINGS,

    Respondent.

No. C 07-2927 PJH (PR)

**EXTENSION OF TIME**

Petitioner's request for an extension of time to file the missing items in support of his application to proceed in forma pauperis (document number 3 on the docket) is **GRANTED**. The time to supply them is **EXTENDED** to a date thirty days from the date of this order.

**IT IS SO ORDERED.**

Dated: 7/24/07

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\MULLINS927.IFP-EXT.wpd