UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON MULLINS,

         Petitioner,

  v.

BOARD OF PAROLE HEARINGS,

         Respondent.
_____/

Case Number: CV07-02927 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Mullins V-28057
San Quentin State Prison
San Quentin, CA 94974

Dated: July 24, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk