UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON MULLINS,

        Petitioner,                         No. C 07-2927 PJH (PR)

  vs.                                           **EXTENSION OF TIME**

BOARD OF PAROLE HEARINGS,

        Respondent.

                                       /

This is a habeas case filed pro se by a state prisoner. Because petitioner neither paid the five-dollar filing fee nor applied for leave to proceed in forma pauperis ("IFP"), the court sent him a notice to that effect and gave him thirty days to do one or the other. Included with the notice was an IFP form and a return envelope. Petitioner returned the IFP form, but did not include the "certificate of funds in inmate account," page five of the form, or a certified copy of transactions in his inmate trust account for the six months preceding filing that is required by 28 U.S.C. § 1915(a)(2). In a cover letter with the application he said that he had requested the certification and would send it when he got it. The court therefore extended the time to file the missing items to August 24, 2007.

      Plaintiff has not supplied the certificate or the print-out, but has written saying that he notified his counselor that he needed the documents but got no response, and does not know what to do now.

The court receives many lawsuits from inmates at San Quentin. There generally is not a problem with obtaining the necessary trust account information. Petitioner should inquire what the proper procedure is and follow it. The time for petitioner to file the certificate of funds and the printout of transactions in his inmate account is **EXTENDED** to

October 29, 2007. If at the end of that time petitioner still has been unable to obtain the documentation, he may file a declaration, that is, a statement signed under penalty of perjury, saying how much money he has in his inmate trust account. Nothing he has filed so far contains that information.

**IT IS SO ORDERED.**

Dated: September 27, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\MULLINS927.IFP-EXT2.wpd