UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON MULLINS, | | |
| | Petitioner, | No. C 07-2927 PJH (PR) |
| vs. | | **ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR PETITIONER TO FILE STATEMENT** |
| BOARD OF PAROLE HEARINGS, | | |
| | Respondent. / | |

This is a habeas corpus case filed pro se by a state prisoner. It is directed to the revocation of his parole.

The petition is headed "The Supreme Court of California" and is on a state habeas form. Although petitioner says that he filed a habeas petition about the revocation in the California Superior Court for Marin County, were San Quentin is, he has checked the "no" box to the question "Did you seek review in the California Supreme Court?" He has also written "Petition for Review is in the Right Court Jurisdiction" in response to a request on the form for justification if review could have been sought in a lower court. These entries suggest that petitioner might have intended to file this petition in the California Supreme Court, rather than this court. His use of state forms and references to state rules of court, which have no application here, also suggest as much.

Petitioner shall file a statement within fourteen days of the date this order is entered saying whether he intended to file in this court. He should bear in mind that this court can grant relief only for violations of federal law, not state law, and that federal habeas relief cannot be granted on any claim which has not first been presented to the highest state court available, in this case the California Supreme Court. For that reason, even if he says he intended to file a federal petition rather than a state one, this petition will be dismissed if

1  he has not exhausted his claims by presenting them to the California Supreme Court.  If he
2  does not file the statement, or if he says he did not intend to file his petition here, the case
3  will be dismissed.
4      Petitioner's motion for leave to proceed in forma pauperis (document number 8 on
5  the docket) is **GRANTED**.  His earlier motion (document 7) is **DENIED** as moot.  His motion
6  for a ruling (document 9) is **DENIED** because it has not yet been determined whether he
7  intended to file here and because the court cannot decide whether an order to show cause
8  should issue until that is resolved.
9      **IT IS SO ORDERED.**
10  Dated:  April 8, 2008.
                                    _____
                                    PHYLLIS J. HAMILTON
11                                  United States District Judge

28  G:\PRO-SE\PJH\HC.07\MULLINS927.MIS.wpd

2