Jason Mullins
      Petitioner,

vs.

Board of Parole Hearings,
      Respondent.

FILED
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

I Jason Mullins is notifying this court that Intend to sind this habeas corpus in this court.

Jason Mullins #28057

RECEIVED
08 APR 24 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mullins Jason V#28057
San Quentin State Prison
San Quentin Cali 94974

LEGAL MAIL

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Legal Mail

