UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON MULLINS,

        Petitioner,                        No. C 07-2927 PJH (PR)

  vs.                                            **ORDER OF DISMISSAL**

BOARD OF PAROLE HEARINGS,

        Respondent.

        This is a habeas corpus case filed pro se by a state prisoner. Because it appeared that petitioner might have intended to file in the California Supreme Court rather than this court, he was ordered to file a statement saying which court was intended. He responded saying that he intended to file here.

        Because his allegations in the petition suggested that he had not exhausted, and because it appeared from a search of the state appellate courts' website that he had filed no state appellate cases, the court ordered him to show cause why the case should not be dismissed for failure to exhaust,. He was given thirty days to respond to the order to show cause, and was warned that if he did not the case would be dismissed.

        He has not responded. This case therefore is **DISMISSED** without prejudice for failure to exhaust. The clerk shall close the file.

        **IT IS SO ORDERED.**

Dated: June 16, 2010.                                PHYLLIS J. HAMILTON
                                                         United States District Judge

P:\PRO-SE\PJH\HC.07\MULLINS927.DSM.wpd